IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 07-03M-MPT |
| ERIC MOORE, | ) CR07-66-UNA |
| Defendant. | ) |

**MOTION AND ORDER FOR
LIMITED EXCEPTION TO THE COURT'S ORDER TO SEAL**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, moves that investigators be permitted to place the arrest warrant on NCIC, as a limited exception to the Order to Seal, dated January 8, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 1-31-07

**IT IS SO ORDERED** this ___1___ day of ___February___, 2007.

FILED
JAN 3 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court