IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 07-03M-MPT |
| ) | |
| ERIC MOORE, ) | CR07-66-UNA |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR**
**LIMITED EXCEPTION TO ORDER TO SEAL**

The United States of America, by and through its undersigned attorney, moves that as a limited exception to this Court's Order, dated January 8, 2007, sealing the entire file, that the Secret Service case agent, in his attempt to locate the fugitive defendant, be permitted to share the Criminal Complaint, Affidavit, and Arrest Warrant with Federal, State, and local investigators, including the placement of the arrest warrant on the N.C.I.C. database.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 3-21-07

**IT IS SO ORDERED** this _22_ day of _March_, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court